1    GLENN B. McCORMICK
     Acting United States Attorney
2    District of Arizona
     TANYA MILLER
3    Assistant U.S. Attorney
     State Bar No. 026067
4    United States Courthouse
     405 W. Congress Street, Suite 4800
5    Tucson, Arizona 85701
     Telephone: 520-620-7300
6    Email: tanya.miller@usdoj.gov
     Attorneys for Plaintiff

7

8

9

FILED

2021 AUG 25  PM 1: 31

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR21-02095 TUC-JAS(LCK)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 10  United States of America, | |
| 11              Plaintiff, | **I N D I C T M E N T** |
| 12        vs. | Violations: |
| 13 | 21 U.S.C. § 846 |
| 14  Crystal Ann Heaton, | (Conspiracy to Possess with Intent to Distribute Fentanyl and Heroin) |
| 15              Defendant. | Count 1 |

21 U.S.C. § 846
(Conspiracy to Possess with Intent to
Distribute Fentanyl and Heroin)
Count 1

21 U.S.C. §§ 841(a)(1) and
841(b)(1)(A)(vi)
(Possession with Intent to Distribute
Fentanyl)
Count 2

21 U.S.C. §§ 841(a)(1) and
841(b)(1)(B)(i)
(Possession with Intent to Distribute
Heroin)
Count 3

21 U.S.C. § 963
(Conspiracy to Import Fentanyl and
Heroin)
Count 4

21 U.S.C. § 952(a) and §§ 960(a)(1)
and 960(b)(1)(F)
(Importation of Fentanyl)
Count 5

21 U.S.C. § 952(a) and §§ 960(a)(1)
and 960(b)(2)(A)
(Importation of Heroin)
Count 6

1  **THE GRAND JURY CHARGES:**

2  <u>**COUNT 1**</u>

3  Beginning at a time unknown, to on or about April 23, 2020, in the District of
4  Arizona, CRYSTAL ANN HEATON did knowingly and intentionally combine, conspire,
5  confederate and agree with persons known and unknown to the grand jury, to possess with
6  intent to distribute 400 grams or more of a mixture or substance containing a detectable
7  amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United
8  States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi); and 100 grams or more of mixture
9  or substance containing a detectable amount of heroin, a Schedule I controlled substance,
10 in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

11 All in violation of Title 21, United States Code, Section 846.

12 <u>**COUNT 2**</u>

13 On or about April 23, 2020, in the District of Arizona, CRYSTAL ANN HEATON
14 did knowingly and intentionally possess with intent to distribute 400 grams or more of a
15 mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled
16 substance; in violation of Title 21, United States Code, Sections 841(a)(1) and
17 841(b)(1)(A)(vi).

18 <u>**COUNT 3**</u>

19 On or about April 23, 2020, in the District of Arizona, CRYSTAL ANN HEATON
20 did knowingly and intentionally possess with intent to distribute 100 grams or more of
21 mixture or substance containing a detectable amount of heroin, a Schedule I controlled
22 substance; in violation of Title 21, United States Code, Sections 841(a)(1) and
23 841(b)(1)(B)(i).

24 <u>**COUNT 4**</u>

25 Beginning at a time unknown, to on or about April 23, 2020, in the District of
26 Arizona, CRYSTAL ANN HEATON did knowingly and intentionally combine, conspire,
27 confederate and agree with persons known and unknown to the Grand Jury, to import into
28 the United States from the Republic of Mexico 400 grams or more of a mixture or substance

containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(F); and 100 grams or more of mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(2)(A).

All in violation of Title 21, United States Code, Section 963.

## COUNT 5

On or about April 23, 2020, in the District of Arizona, CRYSTAL ANN HEATON did knowingly and intentionally import into the United States from the Republic of Mexico 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(F).

## COUNT 6

On or about April 23, 2020, in the District of Arizona, CRYSTAL ANN HEATON did knowingly and intentionally import into the United States from the Republic of Mexico 100 grams or more of mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(2)(A).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Date:          AUG 2 5 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR
PUBLIC DISCLOSURE**

/ S /

TANYA MILLER
Assistant U.S. Attorney

*United States of America v. Crystal Ann Heaton*
*Indictment Page 3 of 3*